AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fogel, Jeremy D. | Federal Judicial Center | 05/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Federal Judicial Center
One Columbus Circle, N.E.
Washington, DC 2002-8003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/30/81 | California Judicial Retirement System: entitled to receive approximately 61% of the current salary of a California Superior Court Judge |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | California Judicial Retirement System | $101,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Los Gatos-Saratoga Observation Nursery School (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Justice Academy of Turkey | 5/12-5/19 | Ankara and Istanbul, Turkey | Judicial education exchange | Transportation, meals and lodging |
| 2. | Federal Circuit Bar Association | 6/19-6/22 | Colorado Springs, Colorado | Panelist at conference | Transportation, meals and lodging |
| 3. | American Antitrust Institute/ Stanford University | 8/24-/8/26 | Stanford, California | Faculty member at educational program | Transportation, meals and lodging |
| 4. | Justice Academy of Turkey | 10/28-11/2 | Istanbul, Turkey | Panelist at anti-terrorism conference | Transportation, meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Investments (assets listed below) | | | | | | | | | |
| 2. --Fidelity California Muni Money Mkt (x) | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 3. --Federated High Yield Trust (x) | A | Dividend | J | T | Buy | 11/13/13 | J | | |
| 4. --Fidelity Strategic Income (x) | A | Dividend | J | T | Buy | 11/13/13 | J | | |
| 5. --Nuveen California High Yield Muni Bd (x) | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 6. --Pepco Holdings Inc. (x) | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 7. --AT&T Inc. (x) | | None | J | T | Buy | 11/15/13 | J | | |
| 8. --BCE Inc. (x) | | None | J | T | Buy | 11/15/13 | J | | |
| 9. --Kinder Morgan Energy Partners LP (x) | | None | J | T | Buy | 11/15/13 | J | | |
| 10. --Portland Gen Elec Co. (x) | | None | J | T | Buy | 11/15/13 | J | | |
| 11. --Potash Corp of Sasketchewan (x) | | None | J | T | Buy | 11/15/13 | J | | |
| 12. Morgan Stanley IRA#1 (assets listed below) | | | | | | | | | |
| 13. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 14. --Pioneer Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 15. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 16. --John Hancock Regional Bank B | A | Interest | J | T | | | | | |
| 17. --Unit VanKampen EAFE Select 20 Portfolio 2007-1 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley IRA#2 (assets listed below) | | | | | | | | | |
| 19. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 20. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 21. --MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 22. --Pioneer Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 23. --John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 24. --MS Spectrum Tech | A | Dividend | J | T | | | | | |
| 25. --MS Spectrum Select | A | Dividend | J | T | | | | | |
| 26. Wells Fargo IRA (CD) | A | Interest | J | T | | | | | |
| 27. Wells Fargo IRA (CD) | A | Interest | J | T | | | | | |
| 28. Trust #1 (assets below) | | | | | | | | | |
| 29. --City National Bank Ladder Account | B | Interest | | | Closed | 07/12/13 | P1 | | |
| 30. --Wells Fargo Investors Brokerage Account (aggregate reporting) (x) | E | Int./Div. | | | Open | 07/12/13 | P1 | | |
| 31. ----Doubleline Fds Total Return Bd Fd (x) | | | | | Buy | 08/28/13 | M | | |
| 32. | | | | | Sold (part) | 11/18/13 | K | | |
| 33. ----Pioneer Ser Tr VI Fltg Rate Fd (x) | | | | | Buy | 08/28/13 | M | | |
| 34. | | | | | Sold (part) | 11/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----Templeton Income Tr Global Bd Fd (x) | | | | | Buy | 08/28/13 | M | | |
| 36. | | | | | Sold (part) | 11/18/13 | K | | |
| 37. ----Intel Corp. (x) | | | | | Buy | 08/28/13 | M | | |
| 38. ----Potash Corp. of Saskatchewan (x) | | | | | Buy | 09/04/13 | M | | |
| 39. ----Realty Income Corp. REIT (x) | | | | | Buy | 11/18/13 | K | | |
| 40. ----Teradata Corp. (x) | | | | | Buy | 11/18/13 | K | | |
| 41. ----Transocean Ltd. Ordinary Shares (x) | | | | | Buy | 11/18/13 | K | | |
| 42. Estate #1 (assets below) (x)((see part VIII) | | | | | | | | | |
| 43. --Fidelity Investments (aggregate reporting) (x) | D | Int./Div. | K | T | Open | 03/25/13 | M | | |
| 44. ----AT&T Inc. (x) | | | | | Buy | 03/25/13 | K | | |
| 45. | | | | | Distributed (part) | 07/26/13 | K | | |
| 46. ----Kinder Morgan Energy Partners LP (x) | | | | | Buy | 03/25/13 | L | | |
| 47. | | | | | Distributed (part) | 07/26/13 | K | | |
| 48. ----Nuveen Select Quality Mun Fd (x) | | | | | Buy | 03/25/13 | K | | |
| 49. | | | | | Sold (part) | 07/25/13 | J | A | |
| 50. | | | | | Distributed (part) | 07/25/13 | K | | |
| 51. ----Philip Morris Intl Inc. (x) | | | | | Buy | 03/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Distributed (part) | 07/26/13 | K | | |
| 53. ----Verizon Communications (x) | | | | | Buy | 03/25/13 | K | | |
| 54. | | | | | Distributed (part) | 07/26/13 | J | | |
| 55. ----Senior Housing Property Trust (x) | | | | | Buy | 03/25/13 | K | | |
| 56. | | | | | Distributed (part) | 07/26/13 | K | | |
| 57. Pointright, Inc. (restructured as Pointright Holdings, Inc. | | None | K | U | | | | | |
| 58. Rental Property--Santa Clara County, CA | F | Rent | P1 | W | | | | | |
| 59. Rental Property--Placer County, CA | D | Rent | N | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 42:

I was named as executor of this estate. The decedent died on 01/07/13. After obtaining powers of administration, I established the listed brokerage account on 03/25/13. The assets were distributed to the beneficiaries on 07/25 and 07/26, except for a portion held for a beneficiary who under the terms of the decedent's will is not entitled to receive her share of the assets until 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544